ELIZA WAITE, Appellant, v. LOUIS C. GREENLEAF et al.,
                    Respondents.

*Waite* v. *Greenleaf,* 96 App. Div. 639, affirmed.
(Argued October 12, 1906; decided October 26, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered July
15, 1904, affirming a judgment in favor of defendant entered
upon a dismissal of the complaint by the court at a·Trial
Term in an action to·recover damages ·for alleged fraudulent
representations through which defendants acquired title to
certain real estate belonging to plaintiff.

    *John Conboy* for appellant.

    *Joseph Atwell* for respondents.

    Judgment affirmed, with costs; no opinion.
    ·Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN and CHASE, JJ.  Absent: GRAY, J.  Not sitting:
HISCOCK, J.

THE UNITED STATES LEATHER COMPANY, Respondent, v.
            NEWTON ALDRICH et al., Appellants.

*United States Leather Co.* v. *Aldrich,* 75 App. Div. 616, affirmed.
(Argued October 12, 1906; decided October 26, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered Octo-
ber 3, 1902, affirming a judgment in favor of plaintiff entered
upon a decision of the court on trial at Special Term in an
action to recover damages occasioned to plaintiff through the
creation by defendant of an artificial flood and the floating of
logs thereby against plaintiff's dam.

    *Vasco P. Abbott* for appellants.

    *Earl Bancroft* for respondent.

    Judgment affirmed, with costs; no opinion.
    Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN and HISCOCK, JJ.  Absent: GRAY, J.  Not sitting:
CHASE, J.